UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jack Sullivan

v.                                          Case No. 26-cv-70-SM

Carmen Pacheo, et al



ORDER

No objection having been filed, I herewith approve the Report and
Recommendation of Magistrate Judge Talesha L. Saint-Marc dated
February 9, 2026, for the reasons set forth therein. "[O]nly those
issues fairly raised by the objections to the magistrate's report are
subject to review in the district court and those not preserved by
such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus
Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37
v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also
Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016)
("[P]arties who fail to file objections to a magistrate judge's report
and recommendation lose their right to appellate review.").

The clerk of court shall enter judgment and close the case.

**So Ordered.**


_____
Steven J. McAuliffe
United States District Judge


Date: March 2, 2026

cc:  Jack Sullivan, pro se